

FILED
COURT OF COMMON PLEAS

2007 APR 24  PM 4: 08

GREG⌐. ⌐⌐  RUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO
26

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
CIVIL DIVISION

STEWART LAWSON                )
192 Penrod Avenue             )
Dayton, OH 45427,             )
                              )        Case No. **07-3410**
        Plaintiff,            )
                              )        **PLAINTIFF'S COMPLAINT WITH**
v.                            )        **JURY DEMAND ENDORSED**
                              )        **HEREON**
                              )
JACKSON TOWNSHIP              )
C/O Trustee Debra Johnson     )
49 East Walnut Street         )
Farmersville, Ohio 45325,     )
                              )
JON SHADE                     )
49 East Walnut Street         )
Farmersville, Ohio 45325,     )
                              )
ELI WINKLER                   )
49 East Walnut Street         )
Farmersville, Ohio 45325,     )
                              )
WAYNE E. TURNER               )
49 East Walnut Street         )
Farmersville, Ohio 45325,     )
                              )
JANE AND JOHN DOES 1-10       )
Names Unknown                 )
                              )
        Defendants.           )
                              )

Parties and Jurisdiction

Now comes Plaintiff, Stewart W. Lawson, by and through counsel, and based

upon reasonable information and belief states his Complaint as follows:

1. Plaintiff, Stewart Lawson, is a citizen and resident of Montgomery County, Ohio, and is entitled to all the rights, privileges, and immunities secured by the Constitution and laws of the State of Ohio and the Constitution and the laws of the United States.

2. Defendant, Jackson Township is a township located in Montgomery County, Ohio, that provides government and police services within its boundaries, and has its main office at 49 East Walnut Street, Farmersville, Ohio 45325.

3. Defendant, Jon Shade (hereinafter "Defendant Schade") is an individual that was employed by Jackson Township as a Sergeant at all relevant times set forth herein. This Complaint charges Defendant Schade in his individual and official capacities.

4. Defendant, Eli Winkler (hereinafter "Defendant Winkler") is an individual that was employed by Jackson Township as a Detective at all relevant times set forth herein. This Complaint charges Defendant Winkler in his individual and official capacities.

5. Defendant, Wayne E. Turner (hereinafter "Defendant Turner") is an individual that was employed by Jackson Township as the Chief of Police at all relevant times set forth herein. In this capacity, Defendant Turner was the commanding officer of Defendants Schade and Winkler and was responsible for their training, supervision, and conduct. Defendant Turner was also responsible by law for enforcing the regulations of Jackson Township and for ensuring that Defendant officers obey the laws of the State of Ohio and of the United States. This Complaint charges Defendant Turner in his individual and official capacities.

6. Defendants Jane and John Does are individuals and/or entities whose names could not be ascertained with any certainty prior to filing this Complaint, and have liability in any manner with respect to the following causes of action because they supervised or

assisted in the actions of the named Defendants, and/or engaged in separate actions of a similar nature.

7. Defendants acted under color of state law.

### Facts

8. Plaintiff Stewart Lawson owned a building that consisted of his home and a church, located at 1057 Johnsonville-Farmersville Road, New Lebanon, Ohio 45325.

9. Plaintiff resided at 1057 Johnsonville-Farmersville Road, New Lebanon, Ohio 45325, along with his daughter and her three children.

10. In the morning of April 25, 2006, Plaintiff's daughter and two of her children were in the home when Plaintiff left to run errands.

11. Plaintiff subsequently learned that his home was consumed by fire.

12. Plaintiff was distraught and in fear for his daughter's life.

13. Plaintiff returned home to find that his home was indeed engulfed in flames.

14. Plaintiff, fearing the worse, staggered in disbelief towards his home, which was approximately 300 yards away.

15. Plaintiff was tackled violently by Defendant Schade and Defendant Winkler.

16. While on the ground Plaintiff was repeatedly struck and abused by Defendants Schade and Winkler

17. Plaintiff suffered severe injury and pain as a result of the actions of Defendants Schade and Winkler.

18. Plaintiff suffered extensive bruising swelling, fractured bones, as well as various other injuries resulting from Defendants Schade and Winkler's attack.

19. Despite Plaintiff's injuries and complaints of pain, he was placed into a police vehicle.

3

20. Not until he collapsed from the pain was Plaintiff placed in an Ambulance and transported to Good Samaritan Hospital.

21. Plaintiff slipped into a coma and was hospitalized for several weeks.

22. The abuse to which Plaintiff was subjected to by Defendants Schade and Winkler was consistent with an institutionalized practice of the Jackson Township Police Department, which was known to and ratified by Defendant Turner and John Doe and/or Jane Doe Jackson Township officials.

23. Despite knowledge of these institutionalized practices, Defendant Turner and John Doe and/or Jane Doe Jackson Township officials have at no time taken any effective action to prevent Jackson Township police personnel from continuing to engage in this type of misconduct.

24. Defendant Turner and John Doe and/or Jane Doe Jackson Township officials had prior notice of the vicious propensities of Defendant Schade and Winkler, but took no steps to train them, correct their abuse of authority, or to discourage their unlawful use of authority.

25. The failure of Defendant Turner and John Doe and/or Jane Doe Jackson Township officials to properly train Defendants Schade and Winkler included the failure to instruct them in applicable provisions of the laws of the State of Ohio and the proper and prudent use of force.

26. Defendant Turner and John Doe and/or Jane Doe Jackson Township officials authorized, tolerated as institutional practices, and ratified the misconduct detailed above by:

4

a. Failing to adequately discipline or prosecute past incidents of unreasonable and excessive force;

b. Failing to properly discipline, restrict, and control employees, including Defendants Schade and Winkler, known to be irresponsible in dealings with citizens of the community;

c. Failing to take adequate precautions in the hiring, promotion, training and retention of police personnel, including Defendants Schade and Winkler;

d. Failing to forward to the Office of the Prosecuting Attorney of Montgomery County, Ohio, evidence of criminal acts committed by police personnel;

e. Failing to establish or assure the functioning of a bona fide and meaningful departmental system for dealing with complaints of police misconduct, but instead responding to these types of complaints with bureaucratic power and official denials calculated to mislead the public;

f. Inaction in supervision and inaction and cover-up of incidents involving the use of excessive force, encourage officers employed by them to believe that the use of unreasonable and excessive force was permissible.

### Cause of Action 1 – Assault and Battery

27. Plaintiff restates and incorporates the allegations of paragraphs 1-26.

28. Defendants Schade and Winkler did threaten Plaintiff with great bodily harm and/or unlawfully and intentionally struck Plaintiff using excessive force.

29. Defendants Schade and Winkler acted intentionally and/or maliciously.

30. As a result of Defendants' actions, Plaintiff feared for his safety and suffered damages.

5

### Cause of Action II – Assault and Battery

31. Plaintiff restates and incorporates the allegations of paragraphs 1-30.

32. Defendants Schade and Winkler unlawfully and intentionally struck Plaintiff using excessive force.

33. Defendants Schade and Winkler acted intentionally and/or maliciously.

34. As a result of Defendants Schade and Winkler's actions, Plaintiff feared for his safety and suffered damages.

### Cause of Action III – 1983 Fourth Amendment (Excessive Force)

35. Plaintiff restates and incorporates the allegations of paragraphs 1-34.

36. Defendants Schade and Winkler, used unreasonable and excessive force against Plaintiff, or failed to intervene and halt the unreasonable and excessive use of force against Plaintiff, when in a position to do so, in violation of 42 U.S.C. § 1983. Insofar as Defendants Schade and Winkler, acted within the authority provided to them by Defendant Jackson Township, then Jackson Township is jointly and severally liable for their actions.

37. The conduct of Defendants deprived Plaintiff of the rights, privileges and immunities secured by the Constitutional and the laws of the United States, and displayed a reckless and/or callous indifference to these rights.

38. As a result of Defendants' actions, Plaintiff suffered damages.

### Cause of Action IV – 1983 Substantive Due Process

39. Plaintiff restates and incorporates the allegations of paragraphs 1-38.

6

40. The actions of Defendants Schade and Winkler were done intentionally, willfully and/or with deliberated, callous and/or reckless indifference or disregard for the rights secured to Plaintiff under the United States Constitution.

41. Defendants Schade and Winkler engaged in misconduct that disregarded the right of substantive due process guaranteed Plaintiff by the Fourteenth Amendment to the Untied States Constitution. Insofar as Defendants Schade and Winkler acted win the authority provided to them by Defendant Jackson Township and/or in accordance with the custom, policy and/or training by Defendant Jackson Township, then Defendant Jackson Township is jointly and severally liable for their actions.

42. Defendants' conduct gives rise to relief pursuant to 42 U.S.C. § 1983.

43. As a result of Defendants' actions, Plaintiff suffered damages.

### Cause of Action V – Cruel and Unusual Punishment

44. Plaintiff restates and incorporates the allegations of paragraphs 1-43.

45. Defendants herein were deliberately indifferent to Plaintiff's serious medical needs, as well as to the cruel and unusual punishment inflicted upon Plaintiff, which deliberate indifference directly and proximately caused Plaintiff's damages.

46. Defendants' conduct gives rise to relief pursuant to 42 U.S.C. § 1983.

### Cause of Action VI - Intentional, Reckless or Negligent Infliction of Severe Emotional Distress

47. Plaintiff restates and incorporates the allegations of paragraphs 1 through 46.

48. Defendants acted intentionally, recklessly or negligently and knew or should have known that their actions would result in serious emotional distress to Plaintiff.

49. Defendants' conduct exceeded all possible bounds of decency.

50. As a result of Defendants' actions, Plaintiff has suffered serious mental anguish.

7

## Prayer for Relief

Wherefore, Plaintiff prays this Honorable Court:

a) Enters judgment in Plaintiff's favor and against Defendants on Counts I, II, III, IV, V, and VI of Plaintiff's Complaint;
b) Award Plaintiff compensatory damages in an amount in excess of $25,000.00;
c) Award Plaintiff Punitive damages in an amount to be determined at trial;
d) Award Plaintiff costs and reasonable attorneys' fees in this action;
e) Award Plaintiff prejudgment interest and post-judgment interest; and,

Grant such other relief as this Court may deem just and necessary.

Respectfully submitted,

CICERO & KOLLIN, PLL

ANTHONY R. CICERO # 0065408
LORI R. WITHERS # 0079508
500 East Fifth Street
Dayton, Ohio 45402
Phone: 937.424.5390
Facsimile: 937.424.5393
ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff demands a trial by jury.

8

MONTGOMERY COMMON PLEAS COURT/GENERAL DIVISION
CIVIL CASE INFORMATION FORM

FILED
COURT OF COMMON PLEAS form must be completed and filed with all civil suits.

2007 APR 24 PM 4: 08

### PARTIES

**7-3410**

Stewart W. Lawson
Main Plaintiff
GREGORY A. USH
CLERK OF COURTS
MONTGOMERY CO. OHIO
26

Case Number

Anthony R. Cicero
Main Counsel for Plaintiff

0065408
Atty. Registration Number

(If Pro Se, include telephone number)

-vs-

Jackson Township
Main Defendant

Jury Demand ☑ Yes ☐ No

Prayer Amount $ greater than $25,000

Deposit Amount $

If Known, Main Counsel for Defendant

### TYPE OF RESOLUTION

☐ Mediation ☐ Arbitration ☐ Magistrate ☑ Trial

### TYPE OF ACTION

☐ AA Administrative Appeal
☐ A Appropriation
☐ DJ Declaratory Judgment
☐ FE Forcible Entry
☐ HC Habeas Corpus
☐ I Injunction
☐ MM Medical Malpractice
☐ MF Mortgage Foreclosure
#_____
Parcel Number

☑ OT Other Torts
☐ PI Personal Injury
☐ PL Product Liability
☐ PT Professional Tort
☐ WC Worker's Compensation
☐ AO All Others-State Type

### REFILING INFORMATION

Is this a refiling of a previous related case? ☐ Yes ☐ No

If Yes, please complete the following:

Case Number:_____ Assigned Judge:_____

Parties:_____ vs._____

### SUITS INVOLVING LIKE ISSUES AND SIMILAR PARTIES

Are there any cases pending that arise from the same incident or related parties? ☐ Yes ☐ No

If Yes, please complete the following:

Case Number:_____ Assigned Judge:_____

Parties:_____ vs._____

Original - Clerk
Copy - Counsel
11/2/99

Signature of Attorney or Party Filing Suit



FILED
COURT OF COMMON PLEAS

2007 APR 24 PM 4: 08

GREGO·
CLERK OF COURTS
MONTGOMERY CO. OHIO
26

# **GREGORY A. BRUSH**

## **CLERK OF COURTS**

### **41 N. PERRY STREET, DAYTON, OHIO 45422**

## INSTRUCTIONS FOR SERVICE

Stewart W. Lawson

**PLAINTIFF/PETITIONER**

**-VS-/-AND-**

Jackson Township, et al.

**DEFENDANT/PETITIONER**

**'07 - 3410**

CASE NO. _____

### PLEASE ISSUE SERVICE TO: (Name & Address)

Jackson Township, c/o Debra Johnson

49 E. Walnut Street

Farmersville, Ohio 45325

Jon Schade

49 E. Walnut Street

Farmersville, Ohio 45325

**VIA:**

| | PERSONAL | | REGULAR MAIL |
| | RESIDENTIAL | ✓ | CERTIFIED MAIL |
| | PROCESS SERVER | | |

**TO BE SERVES: (List all Documents to be Served)**

Complaint

_____

_____

_____

NAME: _____

Attorney for: Stewart W. Law



## IN THE COURT OF COMMON PLEAS, MONTGOMERY COUN[...]
### CIVIL DIVISION

FILED
COURT OF COMMON PLEAS

2007 APR 25  AM 10: 44

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO
9

## SUMMONS

**PLAINTIFF:**
STEWART W LAWSON

VS.

CASE NUMBER: **2007 CV 03410**

**DEFENDANT.**
JACKSON TOWNSHIP et al

ARTICLE NO: 7104223016901874244

**TO THE FOLLOWING NAMED DEFENDANT:**

JACKSON TOWNSHIP
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN MONTGOMERY COUNTY COURT

OF COMMON PLEAS, DAYTON, OHIO, 45422

**BY**

**PLAINTIFF:**
STEWART W LAWSON

A COPY OF THE COMPLAINT FILED IS ATTACHED HERETO.

**PLAINTIFF'S ATTORNEY:**
ANTHONY R CICERO

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON ANTHONY R CICERO, OR UPON
STEWART W LAWSON, IF S/HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE
COMPLAINT WITHIN TWENTY-EIGHT (28) DAYS  AFTER SERVICE OF THIS SUMMONS ON YOU,
EXCLUSIVE OF THE DAY OF SERVICE.  YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN
THREE (3) DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON ANTHONY R CICERO.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST
YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

GREGORY A. BRUSH, CLERK
COURT OF COMMON PLEAS
MONTGOMERY COUNTY, OHIO

Prepared By <u>SYORK</u>, Deputy Clerk, on April 25, 2007.

## RETURN OF SERVICE OF SUMMONS (PERSONAL)

| | Fees | |
|---|---|---|
| Service | $_____ | |
| Mileage | | |
| Total | $_____ | |
| Date: | _____ | |

I received this summons on _____, 2007,

at _____ o'clock ____M. and made personal service of it upon

_____

By locating him-them and tendering a copy of summons and

Accompanying documents, on _____, 2007.

_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

## RETURN OF SERVICE OF SUMMONS (RESIDENCE)

| | Fees |
|---|---|
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: | _____ |

I received this summons on _____, 2007,

at _____ o'clock ____M. and made residence service of it upon

the defendant(s)

by leaving, at his-their usual place of residence with _____

_____

A person of suitable age and discretion then residing therein,

a copy of the complaint and accompanying documents, on

_____, 2007

_____
(Sheriff, Bailiff, Process Server)

BY _____ Deputy

## RETURN OF SERVICE OF SUMMONS (FAILURE OF SERVICE)

| | Fees |
|---|---|
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: | _____ |

I received this summons on _____, 200

at _____ o'clock ____M. with instructions to make personal-

residence service upon the defendant(s) _____

_____

and I was unable to serve a copy of the summons upon him-them

for the following reasons: _____

_____

_____

_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

**IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO**

**CIVIL DIVISION**

FILED
COURT OF COMMON PLEAS

2007 APR 25 AM 10: 44

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO
9

**SUMMONS**

**PLAINTIFF:**
    STEWART W LAWSON

VS.

**DEFENDANT:**
    JACKSON TOWNSHIP et al

CASE NUMBER: **2007 CV 03410**

ARTICLE NO: 7104223016901874245

**TO THE FOLLOWING NAMED DEFENDANT:**

JON SHADE
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN MONTGOMERY COUNTY COURT

OF COMMON PLEAS, DAYTON, OHIO, 45422

**BY**

**PLAINTIFF:**
    STEWART W LAWSON

    A COPY OF THE COMPLAINT FILED IS ATTACHED HERETO:

**PLAINTIFF'S ATTORNEY:**
    ANTHONY R CICERO

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON **ANTHONY R CICERO**, OR UPON
**STEWART W LAWSON**, IF S/HE HAS NO ATTORNEY OF RECORD, A COPY OF AN **ANSWER** TO THE
COMPLAINT WITHIN TWENTY-EIGHT (28) **DAYS** AFTER SERVICE OF THIS SUMMONS ON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. YOUR **ANSWER** MUST BE FILED WITH THE COURT WITHIN
**THREE (3) DAYS AFTER** THE SERVICE OF A COPY OF THE ANSWER ON ANTHONY R CICERO.

IF YOU FAIL TO APPEAR AND DEFEND, **JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST
YOU** FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                          **GREGORY A. BRUSH, CLERK**
                          **COURT OF COMMON PLEAS**
                          **MONTGOMERY COUNTY, OHIO**

**Prepared By SYORK, Deputy Clerk, on April 25, 2007.**

## RETURN OF SERVICE OF SUMMONS (PERSONAL)

|  | Fees |
| --- | --- |
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: _____ |  |

I received this summons on _____, 2007,
at _____ o'clock ____M. and made personal service of it upon
_____
By locating him-them and tendering a copy of summons and
Accompanying documents, on _____, 2007.

_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

## RETURN OF SERVICE OF SUMMONS (RESIDENCE)

|  | Fees |
| --- | --- |
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: _____ |  |

I received this summons on _____, 2007,
at _____ o'clock ____M. and made residence service of it upon
the defendant(s)

by leaving, at his-their usual place of residence with _____

_____
A person of suitable age and discretion then residing therein,
a copy of the complaint and accompanying documents, on
_____, 2007

_____
(Sheriff, Bailiff, Process Server)

BY _____ Deputy

## RETURN OF SERVICE OF SUMMONS (FAILURE OF SERVICE)

|  | Fees |
| --- | --- |
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: _____ |  |

I received this summons on _____, 200
at _____ o'clock ____M. with instructions to make personal-
residence service upon the defendant(s) _____

_____
and I was unable to serve a copy of the summons upon him-them
for the following reasons: _____
_____
_____
_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

## IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
### CIVIL DIVISION

FILED
COURT OF COMMON PLEAS

2007 APR 25 AM 10: 44

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. C.HO
9

## SUMMONS

**PLAINTIFF:**
STEWART W LAWSON

CASE NUMBER: **2007 CV 03410**

VS.

**DEFENDANT:**
JACKSON TOWNSHIP et al

ARTICLE NO: 7104223016901874246

**TO THE FOLLOWING NAMED DEFENDANT:**

ELI WINKLER
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN MONTGOMERY COUNTY COURT

OF COMMON PLEAS, DAYTON, OHIO, 45422

BY

**PLAINTIFF:**
STEWART W LAWSON

A COPY OF THE COMPLAINT FILED IS ATTACHED HERETO:

**PLAINTIFF'S ATTORNEY:**
ANTHONY R CICERO

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON **ANTHONY R CICERO**, OR UPON **STEWART W LAWSON**, IF S/HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT **(28) DAYS** AFTER SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE **(3) DAYS** AFTER THE SERVICE OF A COPY OF THE ANSWER ON ANTHONY R CICERO.

IF YOU FAIL TO APPEAR AND DEFEND, **JUDGMENT BY DEFAULT** WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**GREGORY A. BRUSH, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

Prepared By **SYORK,** Deputy Clerk, on April 25, 2007.

## RETURN OF SERVICE OF SUMMONS (PERSONAL)

| | Fees | |
|---|---|---|
| Service | $_____ | |
| Mileage | | |
| Total | $_____ | |
| Date: _____ | | |

I received this summons on _____, 2007,
at _____ o'clock ____M. and made personal service of it upon

_____
By locating him-them and tendering a copy of summons and
Accompanying documents, on _____, 2007.

_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

## RETURN OF SERVICE OF SUMMONS (RESIDENCE)

| | Fees |
|---|---|
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: _____ | |

I received this summons on _____, 2007,
at _____ o'clock ____M. and made residence service of it upon
the defendant(s)

by leaving, at his-their usual place of residence with _____

_____
A person of suitable age and discretion then residing therein,
a copy of the complaint and accompanying documents, on
_____, 2007

_____
(Sheriff, Bailiff, Process Server)

BY _____ Deputy

## RETURN OF SERVICE OF SUMMONS (FAILURE OF SERVICE)

| | Fees |
|---|---|
| Service | $_____ |
| Mileage | _____ |
| Total | $_____ |
| Date: _____ | |

I received this summons on _____, 200`
at _____ o'clock ____M. with instructions to make personal-
residence service upon the defendant(s) _____

_____
and I was unable to serve a copy of the summons upon him-them
for the following reasons: _____

_____
_____
_____
(Sheriff, Bailiff, Process Server)

By _____ Deputy

## IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
### CIVIL DIVISION

FILED
COURT OF COMMON PLEAS

2007 APR 25  AM 10: 45

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO
9

# SUMMONS

**PLAINTIFF.**
STEWART W LAWSON

VS.

CASE NUMBER: 2007 CV 03410

**DEFENDANT:**
JACKSON TOWNSHIP et al

ARTICLE NO: 7104223016901874247

**TO THE FOLLOWING NAMED DEFENDANT:**

WAYNE E TURNER
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN MONTGOMERY COUNTY COURT

OF COMMON PLEAS, DAYTON, OHIO, 45422

**BY**

**PLAINTIFF:**
STEWART W LAWSON

A COPY OF THE COMPLAINT FILED IS ATTACHED HERETO:

**PLAINTIFF'S ATTORNEY:**
ANTHONY R CICERO

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON **ANTHONY R CICERO**, OR UPON **STEWART W LAWSON**, IF S/HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT (28) DAYS AFTER SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN **THREE (3) DAYS** AFTER THE SERVICE OF A COPY OF THE ANSWER ON ANTHONY R CICERO.

IF YOU FAIL TO APPEAR AND DEFEND, **JUDGMENT BY DEFAULT** WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**GREGORY A. BRUSH, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

Prepared By <u>SYORK</u>, Deputy Clerk, on April 25, 2007.

## RETURN OF SERVICE OF SUMMONS (PERSONAL)

| | Fees | |
|---|---|---|
| | | I received this summons on _____, 2007, |
| Service | $_____ | at _____ o'clock ____M. and made personal service of it upon |
| Mileage | _____ | |
| Total | $_____ | By locating him-them and tendering a copy of summons and |
| Date: | _____ | Accompanying documents, on _____, 2007. |

(Sheriff, Bailiff, Process Server)

By _____ Deputy

## RETURN OF SERVICE OF SUMMONS (RESIDENCE)

| | Fees | |
|---|---|---|
| | | I received this summons on _____. 2007, |
| Service | $_____ | at _____ o'clock ____M. and made residence service of it upon |
| Mileage | _____ | the defendant(s) |
| Total | $_____ | |

Date: _____

by leaving, at his-their usual place of residence with _____

A person of suitable age and discretion then residing therein,

a copy of the complaint and accompanying documents, on

_____, 2007

(Sheriff, Bailiff, Process Server)

BY _____ Deputy

## RETURN OF SERVICE OF SUMMONS (FAILURE OF SERVICE)

| | Fees | |
|---|---|---|
| | | I received this summons on _____, 200 |
| Service | $_____ | at _____ o'clock ____M. with instructions to make personal- |
| Mileage | _____ | residence service upon the defendant(s) _____ |
| Total | $_____ | |
| Date: | _____ | and I was unable to serve a copy of the summons upon him-them |

for the following reasons: _____

_____

_____

(Sheriff, Bailiff, Process Server)

By _____ Deputy



Case: 2007 CV 03410

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of

C. Signature

X

D. Is delivery address different from item 1?

If YES, enter delivery address below:

1. Article Addressed To:

7104 2230 1690 1874 244

2007 CV 03410

JACKSON TOWNSHIP
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

3. Service Type

☒ Certified Mail

4. Restricted Delivery? (Extra Fee)

2. Article Number (Copy from service label)

7104 2230 1690 1874 2443

PS Form 3811, July 1999          Domestic Return Receipt



UNITED STATES POSTAL SERVICE — DAYTON OH 45

26 APR 2007 PM 3 T

First-Class Mail
Postage & Fees
USPS
Permit No. 0140

FILED
COURT OF COMMON PLEAS

07 APR 27 AM 11: 48

GREGORY A BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO

GREGORY A BRUSH
MONTGOMERY COUNTY CLERK OF COURTS
41 N PERRY STREET
DAYTON, OHIO 45422-2150



Case: 2007 CV 03410

## COMPLETE THIS SECTION ON DELIVERY

**A. Received by (Please Print Clearly)** | **B. Date of**

*Melodny Muehl*

**C. Signature**

X

☐

☐

**D. Is delivery address different from item 1?** ☐ Y
If YES, enter delivery address below: ☐ N



**1. Article Addressed To:**

7104 2230 1690 1874 247

2007 CV 03410

WAYNE E TURNER
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

**3. Service Type**

☒ Certified Mail

**4. Restricted Delivery? (Extra Fee)** ☐ Y

**2. Article Number (Copy from service label)**

7104 2230 1690 1874 2474

**PS Form 3811** July 1999          Domestic Return Receipt



UNITED STATES POSTAL SERVICE DAYTON OH 454

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

26 APR 2007 PM 3

FILED
COURT OF COMMON PLEAS

07 APR 27 AM 11:48

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO

GREGORY A. BRUSH
MONTGOMERY COUNTY CLERK OF COURTS
41 N PERRY STREET
DAYTON, OHIO 45422-2150



Case: 2007 CV 03410

9635498

RT1: HRET

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* — Melanny Michael

B. Date of — 4/26

C. Signature

X

☐ A
☐ A

D. Is delivery Address different from item 1? ☐ Y

If YES, enter delivery address below: ☐ N

Article Addressed To:

7104 2230 1690 1874 2467

2007 CV 03410

ELI WINKLER
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

3. Service Type

☒ Certified Mail

4. Restricted Delivery? *(Extra Fee)* ☐ Y

Article Number *(Copy from service label)*

7104 2230 1690 1874 2467

S Form 3811 July 1999            Domestic Return Receipt



UNITED STATES POSTAL SERVICE DAYTON OH 454

26 APR 2007 PM 3 L

FILED
COURT OF COMMON PLEAS

07 APR 27 AM 11: 48

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO

GREGORY A. BRUSH
27 MONTGOMERY COUNTY CLERK OF COURTS
41 N PERRY STREET
DAYTON, OHIO 45422-2150



Case: 2007 CV 03410

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of

Melany Mclay

C. Signature

X                                         ☐ A
                                          ☐ A

D. Is delivery Address different from item 1?   ☐ Y

If YES, enter delivery address below:           ☐ N

**1. Article Addressed To:**

7104 2230 1690 1574 243

2007 CV 03410

JON SHADE
49 EAST WALNUT STREET
FARMERSVILLE, OH 45325

**3. Service Type**

☒ Certified Mail

**4. Restricted Delivery? (Extra Fee)**    ☐ Y

**2. Article Number (Copy from service label)**

7104 2230 1690 1874 2450

**PS Form 3811**, July 1999    Domestic Return Receipt



UNITED STATES POSTAL SERVICE

DAYTON OH 45

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

FILED
COURT OF COMMON PLEAS

07 APR 27 AM 11: 48

GREGORY A BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO

GREGORY A BRUSH
MONTGOMERY COUNTY CLERK OF COURTS
41 N PERRY STREET
DAYTON, OHIO 45422-2150

# GREGORY A. BRUSH

FILED
COURT OF COMMON PLEAS

2007 APR 24 PM 4:09

GREGO... ...USH
CLERK OF COURTS
MONTGOMERY CO. OHIO
26

## CLERK OF COURTS

### 41 N. PERRY STREET, DAYTON, OHIO 45422

## INSTRUCTIONS FOR SERVICE

Stewart W. Lawson
**PLAINTIFF/PETITIONER**

**-VS-/-AND-**                                    **CASE NO.** _____

Jackson Township, et al.
**DEFENDANT/PETITIONER**

**PLEASE ISSUE SERVICE TO:** (Name & Address)

| Eli Winkler | Wayne E. Turner |
|---|---|
| 49 E. Walnut Street | 49 E. Walnut Street |
| Farmersville, Ohio 45325 | Farmersville, Ohio 45325 |

**VIA:**  [ ] PERSONAL          [ ] REGULAR MAIL
         [ ] RESIDENTIAL       [✓] CERTIFIED MAIL
         [ ] PROCESS SERVER

**TO BE SERVES:** (List all Documents to be Served)

Complaint

_____

**NAME:** _____

Attorney for: Stewart W. Lawson